UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY GILLAM,

        Petitioner,

                                                  Case No. 4:06-cv-41

v.

                                                  HONORABLE PAUL L. MALONEY

BLAINE LAFLER,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation (Dkt. #23) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that the habeas corpus petition (Dkt. #1) is **DENIED** for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

        **This action is terminated.**

Date:  June 16, 2009                                     /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District Judge